UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

                     Plaintiff,      Criminal No. 06-8(2) RHK/RLE

       v.                   **ORDER FOR EXTENSION OF TIME TO FILE OBJECTIONS**

Robert Thomas Darling,       **AND POSITION PLEADINGS**

                    Defendant.

---

Tracy Perzel, Assistant United States Attorney, 300 South Fourth Street, Room 600, Minneapolis, MN 55415, counsel for Plaintiff.

Manny K. Atwal, Assistant Federal Defender, 300 South Fourth Street, Room 107, Minneapolis, MN 55415, counsel for Defendant.

---

The Defendant's Motion for Extension of Time is GRANTED.

**IT IS HEREBY ORDERED** that:

All written correspondence be due to the Probation Office by October 20, 2006; and

Position pleadings, if necessary, be filed electronically with the Clerk of Court by October 27, 2006.

Dated: <u>10/10/06</u>                               <u>s/Richard H. Kyle</u>
                                                      Honorable Richard H. Kyle
                                                      United States District Court Judge