UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 06-08 (RHK/RLE)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| v.  ) | FINAL ORDER OF FORFEITURE |
| ) | |
| ROBERT THOMAS DARLING, ) | |
| ) | |
| DEFENDANT. ) | |

WHEREAS, on April 21, 2006, this Court entered a Preliminary Order of Forfeiture forfeiting to the United States one 1993 Chevrolet Blazer K1500, VIN: 1GNEK18K1PJ343522, pursuant to Title 21, United States Code, Section 853(a);

WHEREAS, on June 1, 8 and 15, 2006, the plaintiff published notice of the forfeiture of the above-described property in *Finance and Commerce*, Minneapolis, Minnesota, of the United States' intent to dispose of the above-described property in accordance with law, and of the right of third parties to petition the Court within 30 days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the above-described property;

WHEREAS, no petitions have been filed with the Clerk of Court and the time for filing a petition has expired; and

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. all right, title and interest in the one 1993 Chevrolet K1500 Blazer, VIN: 1GNEK18K1PJ343522 is hereby forfeited to and vested in the United States of America; and

2. the 1993 Chevrolet K1500 Blazer, VIN: 1GNEK18K1PJ343522 shall be disposed of by the United States Marshal in accordance with law.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: 3/13/07                    s/Richard H. Kyle
                                  RICHARD H. KYLE, Judge
                                  United States District Court